United States District Court

Eastern District of California

Morris Day, a.k.a.,
R. L. Alford,

       Petitioner,                    No. Civ. S 05-1290 LKK PAN P

  vs.                                Order

J. Waters, et al.,

       Respondents.

                          -oOo-

    Petitioner, having been convicted in the Los Angeles County Superior Court, seeks a writ of habeas corpus, see 28 U.S.C. § 2241, and requests leave to proceed in forma pauperis. (The court has not ruled on petitioner's request to proceed in forma pauperis.)

    Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S.

1  484 (1973), witnesses and evidence necessary for the resolution
2  of petitioner's application are more readily available in the
3  county of conviction, <u>Id.</u> at 499 n. 15; 28 U.S.C. § 2241(d).
4      I therefore take no action on petitioner's application to
5  proceed in forma pauperis and transfer this action to the United
6  States District Court for the Central District of California.
7      So ordered.
8      Dated:  November 29, 2005.

<u>/s/ Peter A. Nowinski</u>
PETER A. NOWINSKI
Magistrate Judge

2